UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DRAKE J. CAGE,

    Plaintiff,                                     Case No. 08-13731

v.                                                   Honorable Patrick J. Duggan

TUTTLE, SPEARS, McCANN,
MARZBURN, IRWIN, and OCHELADUS,

    Defendants.
_____/

## **JUDGMENT**

This matter is before the Court on a motion for summary judgment from defendants and a counter motion for summary judgment from Plaintiff. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motion for summary judgment is granted and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                                         s/PATRICK J. DUGGAN
                                                                         UNITED STATES DISTRICT JUDGE

Date: July 28, 2009

copies to:
Drake J. Cage
2541 Meldrum Street
Detroit, Michigan 48207

William G. Pierson, Esq.